# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DAVID DEWAYNE SNODDY ) | |
| ) | |
| Movant/Defendant, ) | |
| ) | |
| v. ) | 2:08-cv-8044-JHH-PWG |
| ) | (2:07-cr-0069-JHH-PWG) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is an action on a motion to vacate, set aside, or correct a federal sentence pursuant to 28 U.S.C. § 2255, filed David Dewayne Snoddy.  On April 20, 2012, the magistrate judge entered findings and a recommendation that Snoddy's § 2255 motion is due to be denied without a hearing. (Doc. 17).  Snoddy has now filed objections to the magistrate judge's recommendation.  (Doc. 18).

Having carefully reviewed and considered de novo all the materials in the court file, including the findings and recommendation and Snoddy's objections, the court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Snoddy's objections are due to be and hereby are OVERRULED.  As a Snoddy's § 2255 motion (Doc. 1) is due to be DENIED.  A separate final judgment will be entered.

DONE, this the  14th   day of May, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE